# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Patricia Heyman (deceased) by George P. Heyman v. Bayer Corp., et al.*     No. 13-cv-10686-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on December 6, 2013, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                                NANCY J. ROSENSTENGEL,
                                CLERK OF COURT

                                BY: /s/*Sara Jennings*
                                    **Deputy Clerk**

**Dated:** December 7, 2013

APPROVED: /s/ David R. Herndon  2013.12.07 08:48:57 -06'00'
          CHIEF JUDGE
          U. S. DISTRICT COURT